# EXHIBIT A

Jonathan Ashley
University of Virginia School of Law
580 Massie Road
Charlottesville, VA 22903
jonashley@law.virginia.edu

FOIA/PA Mail Referral Unit
Department of Justice
Room 115
LOC Building
Washington, DC 20530-0001
E-mail: MRUFOIA.Requests@usdoj.gov

April 20, 2020

**VIA E-MAIL**

Re:  **Freedom of Information Act Request**

To Whom It May Concern:

This letter constitutes a request under the federal Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.

I.  **Background**

For your information, and in order to facilitate the location of responsive records, this request relates to non-prosecution agreements and deferred prosecution agreements. Since the mid-2000s, the DOJ has, in many cases, entered into non-prosecution agreements and deferred prosecution agreements with several major corporations in lieu of prosecution. In these agreements, prosecutors may require company reform in exchange for deferring prosecution.

II.  **Requested Records**

(1) Pursuant to FOIA, I request copies of the Department of Justice's **list of deferred and non-prosecution agreements from 2009 to present**.

I understand that the DOJ maintains this list because of the Government Accountability Office's ("GAO") 2009 Report to Congressional Requesters. *See* 2009 Report to Congressional Requesters, GAO, December 2009 https://www.gao.gov/assets/300/299781.pdf (the "2009 Report"). According to the 2009 Report, DOJ began tracking its use of these agreements in 2009. According to the 2009 Report, the Litigation Case Management System would eventually enable prosecutors to centrally track their use of DPAs and NPAs.

(2) In addition, I request copies of the **non-prosecution agreements** entered into between DOJ and the following twelve companies:

1. Unitrans International Inc.
2. Celerity Educational Group
3. Zurich Life Insurance Company Ltd
4. Waste Management Texas
5. Redflex Traffic Systems Inc.
6. Hale Products Inc.
7. Octal Corp
8. CG Technology, LP
9. PC Specialists Inc.
10. Curvature LLC
11. Pharmaceutical Technologies, Inc.
12. National Oilwell Varco

I understand that the requested non-prosecution agreements exist because the Department of Justice has issued press releases detailing the agreements with ten of the twelve aforementioned companies. Additionally, the final two agreements were mentioned in press releases by the Department of Labor and the Department of the Treasury, respectively.

For your reference, I am providing the following table consisting of the name of the company, the date of the publicly-available press release, and the press release number (where available) for the press releases published by the Department of Justice:

| Company | Date of Press Release | Press Release Number |
| --- | --- | --- |
| 1. Unitrans International Inc. | 12/4/19 | 19-1,345 |
| 2. Celerity Educational Group | 5/20/19 | 19-100 |
| 3. Zurich Life Insurance Company Ltd | 4/25/19 | 19-425 |
| 4. Waste Management Texas | 8/29/18 | -- |
| 5. Redflex Traffic Systems Inc. | 12/27/16 | 16-1528 |
| 6. Hale Products Inc. | 10/14/16 | 16-1195 |
| 7. Octal Corp. | 10/14/16 | 16-1195 |
| 8. CG Technology, LP | 10/3/16 | -- |
| 9. PC Specialists Inc. | 8/11/15 | 15-1000 |
| 10. Curvature LLC | 4/3/15 | -- |

I am also including reference information for the non-prosecution agreements that were described in press releases from other federal departments:

| Company | Department Issuing Press Release | Date of Press Release | Release Number |
| --- | --- | --- | --- |
| 11. Pharmaceutical Technologies, Inc. | Department of Labor, Employee Benefits Security Administration | 3/27/18 | 18-0478-DAL |
| 12. National Oilwell Varco, Inc. | Department of Treasury, Office of Foreign Asset Control | 11/14/16 | -- |

### III. Format

I would like to receive the information in the following format: electronic or print. An electronic, PDF format is preferable.

### IV. Fees and Fee Categorization

In the event that there are fees for responding to this request, I am willing to pay up to $50.00. Please let me know in advance if fees for responding to this request will exceed that amount before proceeding.

### V. Conclusion

If this request is denied in whole or part, please justify all such denials by reference to specific exemptions and explain why the Department of Justice "reasonably foresees that disclosure would harm an interest" protected by that exemption or why "disclosure is prohibited by law[.]" 5 U.S.C. §552(a)(8). Please also ensure that all segregable portions of otherwise exempt material are released.

If you have any questions regarding this request, please feel free to contact me at jonashley@law.virginia.edu.

I look forward to your determination within 20 working days of this request, as is required by FOIA. Thank you in advance for your assistance with this matter.

Sincerely,

*[signature]*

Jonathan Ashley
jonashley@law.virginia.edu

Jonathan Ashley
University of Virginia School of Law
580 Massie Road
Charlottesville, VA 22903
jonashley@law.virginia.edu

Kevin Krebs, Assistant Director, FOIA/Privacy Staff
Executive Office for United States Attorneys
Department of Justice
175 N Street, NE
Suite 5.400
Washington, DC 20530-0001
(202) 252-6020

April ___, 2020

**VIA FOIAOnline**

**Re:  Freedom of Information Act Request**

Dear Mr. Krebs:

      This letter constitutes a request under the federal Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.

**I.    Background**

      For your information, and in order to facilitate the location of responsive records, this request relates to non-prosecution agreements and deferred prosecution agreements.  Since the mid-2000s, various United States Attorney's Offices have, in many cases, entered into non-prosecution agreements and deferred prosecution agreements with several major corporations in lieu of prosecution.  In these agreements, prosecutors may require company reform in exchange for deferring prosecution.

**II.    Requested Records**

      Pursuant to FOIA, I request copies of the **non-prosecution agreements** entered into between various United States Attorney's Offices and the following companies:

1. Curvature LLC – USAO for the Southern District of Texas
   Press release available at: https://www.justice.gov/usao-sdtx/pr/california-technology-company-enters-non-prosecution-agreement-us

2. Waste Management Texas - USAO for the Southern District of Texas
   Press release available at:  https://www.justice.gov/usao-sdtx/pr/waste-management-forfeit-55-million-hiring-illegal-aliens

3.  National Oilwell Varco, Inc. – USAO for the Southern District of Texas
    Referenced in the following publicly-available material:
    https://www.willkie.com/~/media/Files/Publications/2016/12/National_Oilwell_Varco_Inc_Fined_Over_25_Million.pdf

4.  CG Technology, LP - USAO for the Eastern District of New York
    Press release available at: https://www.justice.gov/usao-edny/pr/cantor-fitzgerald-affiliate-pay-more-16-million-penalties-and-forfeiture-engaging

5.  Celerity Educational Group - USAO for the Central District of California
    Press release available at: https://www.justice.gov/usao-cdca/pr/charter-school-founder-and-ceo-sentenced-2-years-federal-prison-misappropriating-32

### III. Format

I would like to receive the information in the following format: electronic or print. An electronic, PDF format is preferable.

### IV. Fees and Fee Categorization

In the event that there are fees for responding to this request, I am willing to pay up to $50.00. Please let me know in advance if fees for responding to this request will exceed that amount before proceeding.

### V. Conclusion

If this request is denied in whole or part, please justify all such denials by reference to specific exemptions and explain why the Executive Office for United States Attorneys "reasonably foresees that disclosure would harm an interest" protected by that exemption or why "disclosure is prohibited by law[.]" 5 U.S.C. §552(a)(8). Please also ensure that all segregable portions of otherwise exempt material are released.

If you have any questions regarding this request, please feel free to contact me at jonashley@law.virginia.edu.

I look forward to your determination within 20 working days of this request, as is required by FOIA. Thank you in advance for your assistance with this matter.

Sincerely,

_____
Jonathan Ashley
jonashley@law.virginia.edu

2