# EXHIBIT B

**From:** admin@foiaonline.gov
**Subject:** FOIA Request EOUSA-2020-002473 Submitted
**Date:** April 20, 2020 at 11:09 AM
**To:** jonashley@law.virginia.edu



This message is to confirm your request submission to the FOIAonline application: View Request. Request information is as follows:

- Tracking Number: EOUSA-2020-002473
- Requester Name: Jonathan Ashley
- Date Submitted: 04/20/2020
- Request Status: Submitted
- Description: See documentation for full request.

I.

Background

For your information, and in order to facilitate the location of responsive records, this request relates to non-prosecution agreements and deferred prosecution agreements. Since the mid-2000s, various United States Attorney's Offices have, in many cases, entered into non-prosecution agreements and deferred prosecution agreements with several major corporations in lieu of prosecution. In these agreements, prosecutors may require company reform in exchange for deferring prosecution.

II.

Requested Records

Pursuant to FOIA, I request copies of the non-prosecution agreements entered into between various United States Attorney's Offices and the following companies:

1. Curvature LLC – USAO for the Southern District of Texas
Press release available at: https://www.justice.gov/usao-sdtx/pr/california-technology-company-enters-non-prosecution-agreement-us

2. Waste Management Texas - USAO for the Southern District of Texas
Press release available at: https://www.justice.gov/usao-sdtx/pr/waste-management-forfeit-55-million-hiring-illegal-aliens

3. National Oilwell Varco, Inc. – USAO for the Southern District of Texas
Referenced in the following publicly-available material:
https://www.willkie.com/~/media/Files/Publications/2016/12/National_Oilwell_Varco_Inc_Fined_Over_25_Million.pdf

4. CG Technology, LP - USAO for the Eastern District of New York
Press release available at: https://www.justice.gov/usao-edny/pr/cantor-fitzgerald-affiliate-pay-more-16-million-penalties-and-forfeiture-engaging

5. Celerity Educational Group - USAO for the Central District of California
Press release available at: https://www.justice.gov/usao-cdca/pr/charter-school-founder-and-ceo-sentenced-2-years-federal-prison-misappropriating-32

III.

Format
I would like to receive the information in the following format: electronic or print. An electronic, PDF format is preferable.

See documentation for full request.

**From:** admin@foiaonline.gov
**Subject:** FOIA Request EOUSA-2020-002473 Modified
**Date:** April 21, 2020 at 11:19 AM
**To:** jonashley@law.virginia.edu



The FOIA request - EOUSA-2020-002473 description has been modified. Additional details for this item are as follows:

- Tracking Number: EOUSA-2020-002473
- Requester: Jonathan Ashley
- Submitted Date: 04/20/2020
- Description: See documentation for full request.

I.

Background

For your information, and in order to facilitate the location of responsive records, this request relates to non-prosecution agreements and deferred prosecution agreements. Since the mid-2000s, various United States Attorney's Offices have, in many cases, entered into non-prosecution agreements and deferred prosecution agreements with several major corporations in lieu of prosecution. In these agreements, prosecutors may require company reform in exchange for deferring prosecution.

II.

Requested Records

Pursuant to FOIA, I request copies of the non-prosecution agreements entered into between various United States Attorney's Offices and the following companies:

1. Curvature LLC – USAO for the Southern District of Texas
Press release available at: https://www.justice.gov/usao-sdtx/pr/california-technology-company-enters-non-prosecution-agreement-us

2. Waste Management Texas - USAO for the Southern District of Texas
Press release available at: https://www.justice.gov/usao-sdtx/pr/waste-management-forfeit-55-million-hiring-illegal-aliens

3. National Oilwell Varco, Inc. – USAO for the Southern District of Texas
Referenced in the following publicly-available material:
https://www.willkie.com/~/media/Files/Publications/2016/12/National_Oilwell_Varco_Inc_Fined_Over_25_Million.pdf

4. CG Technology, LP - USAO for the Eastern District of New York
Press release available at: https://www.justice.gov/usao-edny/pr/cantor-fitzgerald-affiliate-pay-more-16-million-penalties-and-forfeiture-engaging

5. Celerity Educational Group - USAO for the Central District of California
Press release available at: https://www.justice.gov/usao-cdca/pr/charter-school-founder-and-ceo-sentenced-2-years-federal-prison-misappropriating-32

III.

Format
I would like to receive the information in the following format: electronic or print. An electronic, PDF format is preferable.

See documentation for full request.



**Submit a Request**

**Search Requests**

**Create an Account**

**Run a Report**

Search FOIAonline...  Go!

**Log In**

**Create Account**

## EOUSA-2020-002473 Request Details

Submitted — Evaluation — Assignment — **Processing** — Closed

### Request Information                                                 Collapse –

| | | | |
|---|---|---|---|
| **Full Name** | | **Date Submitted** | 04/20/2020 |
| **Organization** | Under Agency Review | **Estimated Date of Completion** | 05/18/2020 |
| **Fee Category** | Educational/Scientific | **Final Disposition** | Undetermined |

### Description                                                          Collapse –

The description of this request is under agency review.

### Released Records                                                     Collapse –

Showing 0 to 0 of 0 entries     Show  25  entries

| Download | Title | Size (MB) | File Type | Release Date |
|---|---|---|---|---|

No records have been released yet.

Previous   Next

Glossary | FAQs | Resources | About
Privacy and Security Notice | Accessibility Statement | Contact Us