# EXHIBIT D



**U.S. Department of Justice**

Washington, D.C. 20530

October 22, 2020

Jonathan Ashley
University of Virginia School of Law
580 Massie Rd
Charlottesville, VA   22903

Dear Sir/Madam:

This is in response to your request for records, Tracking Number, EMRUFOIA102220. Your Freedom of Information Act and/or Privacy Act (FOIA/PA) request was received by this office which serves as the receipt and referral unit for FOIA/PA requests addressed to the Department of Justice (DOJ).   Federal agencies are required to respond to a FOIA request within 20 business days.   This period does not begin until the request is actually received by the component within the DOJ that maintains the records sought, or ten business days after the request is received in this office, whichever is earlier.

We have referred your request to the DOJ component(s) you have designated or, based on descriptive information you have provided, to the component(s) most likely to have the records. All future inquiries concerning the status of your request should be addressed to the office(s) listed below:

> FOIA/PA
> Executive Office for U.S. Attorneys
> Department of Justice
> Suite 5.400
> 175 N. Street N.E.
> Washington, DC   20530-0001
> (202) 252-6020

Sincerely,

MRUFOIA
Logistics Management
Facilities and Administrative Services Staff
Justice Management Division