UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JONATHAN ASHLEY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> U.S. DEPARTMENT OF JUSTICE, ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 21-2923 (RBW) |

**JOINT STATUS REPORT**

Pursuant to the General Order for Civil Cases Before the Honorable Reggie B. Walton, the parties, by and through their respective undersigned counsel, submit this Joint Status Report to apprise the Court of the status of this Freedom of Information Act ("FOIA") case.

Plaintiff Jonathan Ashley ("Plaintiff") filed this action on November 5, 2021, alleging that Defendant U.S. Department of Justice ("Defendant") had failed to respond to his FOIA requests dated April 20, 2020 to the Executive Office of United States Attorneys (the "EOUSA Request") and Defendant's FOIA/PA Mail Referral Unit (the "Mail Unit Request"). These requests seek certain records concerning deferred and non-prosecution agreements reached with various corporations. Defendant answered Plaintiff's complaint on December 13, 2021.

EOUSA is processing both the EOUSA Request and the Mail Unit Request under tracking number LITG-2022-000005. Defendant has completed its search for records responsive to the EOUSA Request. On December 21, 2021, EOUSA provided an interim response to Plaintiff's FOIA requests, in which EOUSA produced in full some records responsive to Plaintiff's EOUSA Request and some records responsive to Plaintiff's Mail Unit Request. EOUSA referred the

remaining records responsive to Plaintiff's EOUSA Request to another government agency to provide a direct response to Plaintiff.

The Mail Unit Request was referred to EOUSA. Defendant has not completed its search for records responsive to the Mail Unit Request. EOUSA's search for additional records responsive to Plaintiff's Mail Unit Request remains ongoing. Specifically, EOUSA awaits a response from four United States Attorney's Offices searching for potentially responsive records. EOUSA will inform Plaintiff once that search is complete. EOUSA also referred some records responsive to Plaintiff's Mail Unit Request to another component of Defendant for that component to provide a direct response to Plaintiff.

Plaintiff represents it is reviewing the December 21 interim production to determine the scope of any disputes regarding the records that were produced. The parties agree that summary judgment briefing is not necessary at this time and respectfully propose that they submit a joint status report by February 4, 2022.

## PLAINTIFF'S ADDENDUM

1. Twenty months have passed since Plaintiff submitted his FOIA requests, and despite the limited scope of the requests, *see* Complaint ¶¶ 13, 15 (ECF No. 1), Defendant began producing responsive records only six days ago, after Plaintiff filed the instant lawsuit. During the parties' meet and confer, Plaintiff requested that Defendant provide the dates by which it will complete its search for and production of records responsive to Plaintiff's requests. But, as to both the EOUSA and Mail Unit Requests, Defendant has been unable to provide dates or even an estimate for when it will complete its review and production of the remaining records. And as to the Mail Unit Request, Defendant has been unable to provide an estimate for when its search of responsive records will be complete. Until Defendant's search and production of records is

complete, the parties cannot determine the scope of their dispute, and the litigation can neither advance nor terminate.

2. Accordingly, Plaintiff requests that the Court enter an order setting deadlines for Defendant to complete its search and production of records. Plaintiff proposes that Defendant complete its search for records responsive to Plaintiff's requests by **January 14, 2022**, and complete its production by **January 31, 2022**. Plaintiff further requests that the Court order the parties to submit a joint status report by **February 4, 2022**, advising the Court whether any disputes remain and, if so, proposing a schedule to govern further proceedings.

## **DEFENDANT'S ADDENDUM**

Defendant disagrees with Plaintiff's assertions above. EOUSA was waiting on information from an individual out on military leave to provide its response to Plaintiff's FOIA request to EOUSA. EOUSA accidentally misfiled the referred Mail Unit Request and did not discover the misfiling until recently.

Regardless, this case is in its infancy (less than two months old). And, as noted above, EOUSA referred some records responsive to Plaintiff's FOIA request to EOUSA to another government agency for a direct response to Plaintiff and awaits a response from four United States Attorney's Offices searching for records potentially responsive to the Mail Unit Request. EOUSA does not anticipate receiving a status update on the referred records or a response from the four United States Attorney's Offices searching for records before the New Year due to holiday schedules. EOUSA therefore is unable to commit to a date that its search and production will be complete at this time.

Defendant respectfully proposes that the Court afford EOUSA until February 4, 2022 to report on whether it has sufficient information to provide a date by which it contemplates it will

have completed its processing of Plaintiff's FOIA requests. Plaintiff will suffer no prejudice from affording Defendant this time as Plaintiff has failed to articulate a compelling need to have all information responsive to its FOIA requests by January 31, 2022 and EOUSA is presently exercising due diligence in processing Plaintiff's FOIA requests.

Respectfully submitted,

| | |
|---|---|
| /s/ Gabriel Rottman | MATTHEW M. GRAVES, D.C. Bar #481052 |
| GABRIEL ROTTMAN, D.C. Bar No. 992728 | United States Attorney |
| gr4jz@lawschool.virginia.edu | |
| University of Virginia School of Law | BRIAN P. HUDAK |
| First Amendment Clinic | Acting Chief, Civil Division |
| 580 Massie Road | |
| Charlottesville, VA 22903 | By:  /s/ Michael A. Tilghman II |
| | MICHAEL A. TILGHMAN II |
| Wendy Liu, D.C. Bar. No. 1600942 | D.C. Bar #988441 |
| PUBLIC CITIZEN LITIGATION GROUP | Assistant United States Attorney |
| 1600 20t Street, NW | U.S. Attorney's Office, Civil Division |
| Washington, DC 20009 | 555 Fourth Street, NW |
| (202) 588-1000 | Washington, DC 20530 |
| | (202) 252-7113 |
| *Counsel for Plaintiff* | Michael.Tilghman@usdoj.gov |
| | |
| | *Attorneys for the United States of America* |

Dated:  December 27, 2021