# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JONATHAN ASHLEY, | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 21-2923 (RBW) |
| U.S. DEPARTMENT OF JUSTICE, | ) | |
| Defendant. | ) | |

## ORDER

In accordance with the oral rulings issued by the Court at the status conference held on April 25, 2022, via teleconference, it is hereby

**ORDERED** that, on May 2, 2022, at 11:00 a.m., the parties shall appear before the Court for a status conference, via teleconference, by calling 1-877-873-8017 and entering the Court's access code (8583213) followed by the pound key (#). It is further

**ORDERED** that, at the forthcoming status conference, a representative from the defendant's Criminal Division shall be prepared to advise the Court as to (1) why the defendant's proposed timeline for the processing of the records responsive to the plaintiff's remaining request is reasonable, in light of the nature of the responsive records, and (2) the relative priority of the plaintiff's FOIA request in comparison to the other FOIA requests currently being processed by the defendant, in terms of the date of submission of the FOIA request and the date on which litigation commenced regarding the request.

**SO ORDERED** this 27th day of April, 2022.

REGGIE B. WALTON<br>
United States District Judge