UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JONATHAN ASHLEY, </br></br>  Plaintiff, </br></br> v. </br></br> U.S. DEPARTMENT OF JUSTICE, </br></br>  Defendant. | Civil Action No. 21-2923 (RBW) |

**ORDER**

In accordance with the oral rulings issued by the Court at the status conference held on July 7, 2022, via teleconference, it is hereby

**ORDERED** that, on or before November 9, 2022, the defendant shall complete its production to the plaintiff of the non-exempt portions of all records responsive to the plaintiff's requests.  It is further

**ORDERED** that, on November 16, 2022, at 10:30 a.m., the parties shall appear before the Court for a status conference, via teleconference, by calling 1-877-873-8017 and entering the Court's access code (8583213) followed by the pound key (#).

**SO ORDERED** this 11th day of July, 2022.

REGGIE B. WALTON
United States District Judge