UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JONATHAN ASHLEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 21-2923 (RBW) |
| ) | |
| U.S. DEPARTMENT OF JUSTICE, ) | |
| ) | |
| Defendant. ) | |

**STIPULATION AND [PROPOSED] ORDER**

Plaintiff, Jonathan Ashley, and Defendant, U.S. Department of Justice, have now resolved this case, including an agreement with regard to the payment of attorney's fees and costs. The parties agree and stipulate as follows:

1. This Stipulation and Order shall constitute dismissal with prejudice of Plaintiff's claims for relief. The dismissal of this action shall be effective upon the Court's signing and entry of this Stipulation and Order on the docket as an order of the Court.

2. After dismissal of this action, pursuant to the terms and conditions of the parties' settlement agreement, Defendant shall pay Plaintiff's counsel a lump sum of ten thousand dollars ($10,000.00) for attorney's fees and other litigation costs reasonably incurred in this matter.

3. Plaintiff agrees that payment of these sums shall constitute full and final settlement of all claims by Plaintiff for fees, costs, and expenses against Defendant in this action.

4. The Court retains jurisdiction to enforce the provisions of this Stipulation and Order.

Dated: December 13, 2023                                       Respectfully submitted,

/s/ *Wendy Liu* (by permission)
Wendy Liu, D.C. Bar. No. 1600942
Michael T. Kirkpatrick, D.C. Bar No. 486293
PUBLIC CITIZEN LITIGATION GROUP                MATTHEW M. GRAVES, D.C. Bar #481052
1600 20th Street, NW                           United States Attorney
Washington, DC 20009
(202) 588-1000                                 BRIAN P. HUDAK
                                               Acting Chief, Civil Division
Gabriel Rottman, D.C. Bar No. 992728
gr4jz@lawschool.virginia.edu                   By:     /s/ *Kartik N. Venguswamy*
Lin Weeks, D.C. Bar No. 1686071                        KARTIK N. VENGUSWAMY
lin.weeks@law.virginia.edu                             D.C. Bar No. #983326
University of Virginia School of Law                   Assistant United States Attorney
First Amendment Clinic                                 U.S. Attorney's Office, Civil Division
580 Massie Road                                        555 Fourth Street, NW
Charlottesville, VA 22903                              Washington, DC 20530
                                                       (202) 252-1790
                                                       kartik.venguswamy@usdoj.gov

*Counsel for Plaintiff*
                                               *Attorneys for the United States of America*


SO ORDERED, this _____ day of _____, 2023.


                                       _____
                                       REGGIE B. WALTON
                                       United States District Judge

2