UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JONATHAN ASHLEY, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 21-2923 (RBW) |
| U.S. DEPARTMENT OF JUSTICE, | ) |
| Defendant. | ) |

## ORDER

In light of the parties' Stipulation and Proposed Order, ECF No. 25, it is hereby

**ORDERED** that the terms and conditions of the parties' Stipulation and Proposed Order, ECF No. 25, are **ADOPTED** and made an Order of this Court. It is further

**ORDERED** that this case is **DISMISSED WITH PREJUDICE**. It is further

**ORDERED** that all pending deadlines and hearings in this case are **VACATED**. It is further

**ORDERED** that this case is **CLOSED**.

**SO ORDERED** this 13th day of December, 2023.

REGGIE B. WALTON
United States District Judge